IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| COX ENTERPRISES, INC., | ) | 12-ML-02048-C |
| SET-TOP CABLE TELEVISION | ) | |
| BOX ANTITRUST LITIGATION | ) | |
| | ) | |
| This document relates to: | ) | |
| | ) | |
| Richard Healy, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Cox Communications, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S REQUEST FOR AN EMERGENCY STATUS CONFERENCE**

Plaintiff respectfully requests an emergency status conference to ensure that delays in the class notice program do not delay the trial in this case, which is scheduled to begin on September 9, 2014.

On May 20, 2014, this court approved a plan of class notice that included bill inserts for Defendant Cox's current customers, and notice by email or first-class mail for Cox's former customers. (Doc. 147 (motion for approval of class notice); Doc. 162 (order approving class notice).) The production of email addresses and mailing addresses has been a topic of discussion between Plaintiff and Cox since March. Although the parties are prepared to issue bill inserts to Cox's current customers in a timely manner, Cox has

1

not yet produced email addresses and mailing addresses for former customers. Unless Cox produces this information soon, Plaintiff cannot notify Cox's former customers of the suit in time to allow a sufficient period to opt out before trial.

Plaintiff requests an emergency status conference to discuss two possible solutions to this problem. One solution would be an order requiring Cox to produce class member contact information to Plaintiff in time to issue notice without delaying the trial. The other would be to determine that notice to Cox's former customers by email or first-class mail is not practicable under the circumstances, and thus that publication notice will suffice for Cox's former customers. Plaintiff suggests that the status conference be held by telephone so that it can be scheduled as soon as possible.

Plaintiff's counsel certify that conferences with Cox's counsel have been undertaken prior to filing of this request.

DATED: June 23, 2014

Respectfully submitted,

  /s/ Michael J. Blaschke
Michael J. Blaschke, OBA No. 868
MICHAEL J. BLASCHKE, P.C.
3037 N.W. 63rd Street, Suite 205
Oklahoma City, Oklahoma 73116
(405) 562-7771 (Telephone)
(405) 285-9350 (Facsimile)

Rachel Lawrence Mor, OBA No. 11400
RACHEL LAWRENCE MOR, P.C.
3037 N.W. 63rd Street, Suite 205
Oklahoma City, Oklahoma 73116
(405) 562-7771 (Telephone)
(405) 285-9350 (Facsimile)

S. Randall Sullivan, OBA No. 11179
RANDALL SULLIVAN, P.C.
3037 N.W. 63rd Street, Suite 205
Oklahoma City, Oklahoma 73116
(405) 236-2264 (Telephone)
(405) 236-2193 (Facsimile)

A. Daniel Woska, OBA No. 9900
A. DANIEL WOSKA & ASSOCIATES, P.C.
200 Broadway Extension, #262
Edmond, OK 73083
(405) 348-4523 (Telephone)
(405) 348-4523 (Facsimile)

Allan Kanner
Cynthia St. Amant
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, Louisiana 70130
(504) 524-5777 (Telephone)
(504) 524-5763 (Facsimile)

Todd M. Schneider
Jason Kim
SCHNEIDER WALLACE COTTRELL
BRAYTON & KONECKY, LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
(415) 421-7100 (Telephone)
(415) 421-7105 (Facsimile)

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
BRAYTON & KONECKY, LLP
8501 North Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
(480) 428-0141 (Telephone)
(866) 505-8036 (Facsimile)

Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor
New York, New York 10036
(212) 447-7070 (Telephone)
(212) 447-7077 (Facsimile)

W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, Alabama 35203
(205) 488-1200 (Telephone)
(800) 922-4851 (Facsimile)

Henry C. Quillen
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, New Hampshire 03801
(603) 294-1591 (Telephone)
(800) 922-4851 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 23, 2014, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all ECF registrants.

                                        /s/ Michael J. Blaschke