IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

DATE: June 25, 2014

In re:                                               )
                                                     )
COX ENTERPRISES, INC. SET-TOP      )   12-MDL-2048-C
CABLE TELEVISION BOX                   )
ANTITRUST LITIGATION                    )

ENTER ORDER:

This case is set for status conference on July 1, 2014 at 8:30 a.m., room 4001.

By direction of Judge Robin J. Cauthron we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By: s/ Linda Goode
      Deputy Clerk