# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| COX ENTERPRISES, INC., ) | 12-ML-02048-C |
| SET-TOP CABLE TELEVISION ) | |
| BOX ANTITRUST LITIGATION ) | |
| ) | |
| This document relates to: ) | |
| ) | |
| Richard Healy, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Cox Communications, Inc., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S FINAL EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE<br>Hon. Robin Cauthron | PLAINTIFF'S ATTORNEY<br>Michael Blaschke, et al. | DEFENDANT'S ATTORNEY<br>D. Kent Meyers, et al. |
|---|---|---|
| TRIAL DATE (S)<br>September 9, 2014 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Richard Healy |
| | | | | | Justine S. Hastings, Ph.D. |
| | | | | | Lawrence Harte |
| | | | | | David Park (as summary witness re: Cox customer database) |
| | | | | | Percy Kirk (by deposition and/or live testimony) |
| | | | | | Mollie Andrews (by deposition and/or live testimony) |
| | | | | | Marcia Sauzek (by deposition and/or live testimony) |
| | | | | | Kevin Rider |

1

|  |  |  |  |  |  | Sean Prince |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Mark Ader (by deposition and/or live testimony) |
|  |  |  |  |  |  | Charles Brady (by deposition and/or live testimony) |
|  |  |  |  |  |  | John Civiletto (by deposition and/or live testimony |
|  |  |  |  |  |  | Dallas Clement (by deposition and/or live testimony) |
|  |  |  |  |  |  | James Kelso (by deposition and/or live testimony) |
|  |  |  |  |  |  | Colleen Langer (by deposition and/or live testimony) |
|  |  |  |  |  |  | Sanford Mencher (by deposition and/or live testimony) |
|  |  |  |  |  |  | Steve Necessary (by deposition and/or live testimony) |
|  |  |  |  |  |  | David Pugliese (by deposition and/or live testimony) |
|  |  |  |  |  |  | Jennifer Rich (by deposition and/or live testimony) |
|  |  |  |  |  |  | Craig Smithpeters (by deposition and/or live testimony) |
|  |  |  |  |  |  | Steve Watkins (by deposition and/or live testimony) |
|  |  |  |  |  |  | Charles Wise (by deposition and/or live testimony) |
|  |  |  |  |  |  | Cox custodians of records |
|  |  |  |  |  |  | Plaintiff reserves the right to call any Cox representative that appears at trial |
|  |  |  |  |  |  | Brian Markwalter (by deposition and/or live testimony) |
|  |  |  |  |  |  | Jeffrey Cove (by deposition and/or live testimony) |
|  |  |  |  |  |  | Hiroshi Nakayama (by deposition and/or live testimony) |
|  |  |  |  |  |  | Jeff Klugman (by deposition and/or live testimony) |
|  |  |  |  |  |  | Judd Cary (by deposition and/or live testimony) |
|  |  |  |  |  |  | Neal Goldberg (by deposition and/or live testimony) |
|  |  |  |  |  |  | Plaintiff reserves the right to call any witness listed on Defendant's witness list |
|  |  |  |  |  |  | Plaintiff reserves the right to call witnesses not listed above for rebuttal |

| 1 | | | | | Cox 2005 10k - Harte001533-001653 |
| 2 | | | | | Cox 2005 Presentation - CCISTBE00104407-00104459 (Brady 1) |
| 3 | | | | | Cox 2005 Presentation - CCISTB00370932-00370995 (Brady 3) |
| 4 | | | | | Cox 2006 Presentation - CCISTBE00098472-0098553 (Brady 2) |
| 5 | | | | | Cox 2008 Annual Appraisal Meeting Presentation - CCISTBE0022937-0022987 (Brady 5) |
| 6 | | | | | Cox Investor Presentation Proposed Bond Transaction February 2009 - CCISTBE02683118-02683141 (Brady 6) |
| 7 | | | | | Cox 2011 Lenders' Meeting Presentation - CCISTB307186-307235 (Brady 4) |
| 8 | | | | | In the Matter of Implementation of Section 304 of the Telecommunications Act of 1996, 13 FCC Rcd 14775 (June 24, 1998) |
| 9 | | | | | Letter from various to Powell, FCC (Dec. 19, 2002) - Markwalter 21 |
| 10 | | | | | In the Matter of Implementation of Section 304 of the Telecommunications Act of 1996 – Second Report and Order, 20 FCC Rcd 6794, 6810 (March 17, 2005) |
| 11 | | | | | Letter from CEA to Dortch, FCC (Nov. 7, 2006) – Class Cert. Hearing Ex. 84 |
| 12 | | | | | Letter from CEA to Dortch, FCC (Dec. 7, 2006) - NCTACX020575-020577 (Markwalter 13) |
| 13 | | | | | In the Matter of Implementation of Section 304 of the Telecommunications Act of 1996 – Third Further Notice of Proposed Rulemaking (excerpt) (June 27, 2007) - NCTACX008277-008280 (Markwalter 2) |
| 14 | | | | | Letter from CEA to Dortch, FCC (Oct. 11, 2007) - NCTACX007339-007347 (Markwalter 18) |
| 15 | | | | | Memorandum of Understanding Among Cable Operators and Consumer Electronic Adopters Regarding Interactive Digital Cable Ready Products (April 25, 2008) - CCISTBE02952322-02952333 (Markwalter 19) |
| 16 | | | | | Omnibus Broadband Initiative Public Notice #27, 24 FCC Rcd 14280 (Dec. 3, 2009) |
| 17 | | | | | In the Matter of Implementation of Section 304 of the Telecommunications Act of 1996 – Petition for Rulemaking of |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Public Knowledge, etc. (excerpt) (Dec. 18, 2009) - (Markwalter 4) |
| 18 | | | | | In the Matter of Implementation of Section 304 of the Telecommunications Act of 1996 – Comments of the Consumer Electronics Association on NBP Public Notice #27 (Dec. 21, 2009) - (Markwalter 17) |
| 19 | | | | | Letter from TiVo to Dortch, FCC (Feb. 17, 2010) - (TiVo 1) |
| 20 | | | | | In the Matter of Implementation of Section 304 of the Telecommunications Act of 1996 – Notice of Inquiry (April 21, 2010) - (Burtis 6) |
| 21 | | | | | In the Matter of Implementation of Section 304 of the Telecommunications Act of 1996 – Comments of the Consumer Electronics Association and the Consumer Electronics Retailers Coalition (June 14, 2010) - NCTACX036764-036779 (Markwalter 5) |
| 22 | | | | | In the Matter of Implementation of Section 304 of the Telecommunications Act of 1996 –TiVo Inc. Comments on Notice of Inquiry (July 13, 2010) – (TiVO2) |
| 23 | | | | | In the Matter of Implementation of Section 3 of the Cable Television Consumer Protection and Competition Act of 1992 (Feb. 14, 2011) – Class Cert. Hearing Ex. 80 |
| 24 | | | | | Healy Cox Invoice - (HEALY000001-000004) |
| 25 | | | | | Healy ICOMs data |
| 26 | | | | | OKCSTB Map 01 |
| 27 | | | | | Map - CCISTBOKC00692601 (Kirk 2) |
| 28 | | | | | Map - CCISTBOKC00525667 (Kirk 3) |
| 29 | | | | | Cox Oklahoma fact sheet - CCISTBOKC00347463 |
| 30 | | | | | Cox Services brochure - CCISTBOKC029436-029444 |
| 31 | | | | | Cox website – (Irish-Consier 12) |
| 32 | | | | | Cox website – Class Cert. Hearing Ex. 9 |
| 33 | | | | | Cox Video Oklahoma Product Definition - CCISTBOKC00056173-00056191 (Andrews 11) |
| 34 | | | | | The Operational Impact of the One-Way Digital Plug-and-Play agreement between the Consumer Electronics and Multi-System Operator Industries - CCISTBE00611129-00611147 |

| # | | | | | Description |
|---|---|---|---|---|---|
| | | | | | (Andrews 13 & Ader 8) |
| 35 | | | | | Sample of Cable Legal Disclaimers - CCISTBOKC00057859-00057928 |
| 36 | | | | | Email chain, top Kevin Rider to Billy Hill, April 10, 2009 - CCISTBOKC00345343-00345350 |
| 37 | | | | | Cox.Next Video Playbook - CCISTBE00929224, *et seq.* |
| 38 | | | | | Digital Cable Subscriber Experiences (excerpt) - CCISTBE00053219 & 00053222 (Ader 13) |
| 39 | | | | | Memo from Atlanta Marketing, December 1, 2008 - CCISTBE01275899-01275900 (Ader 1) |
| 40 | | | | | On Demand Business: An Update - CCISTBE00044092-00044120 (Ader 12) |
| 41 | | | | | Email chain – top Steve Mace to Timothy Dodd, etc., Sept. 26, 2005 - NCTACX060563-060564 (Goldberg 5) |
| 42 | | | | | Email chain – top Bruce Berkinshaw to Ron Hardzog, et al., March 8, 2008 - CCISTBOKC00245031-00245036 (Andrews 15) |
| 43 | | | | | Email from Megan Dover to CCI-Marketing Managers, May 5, 2009, with attachment - CCISTBE02205489-02205493 |
| 44 | | | | | Email chain – top Mark Ader to Aubrey Lewis, June 19, 2009 - CCISTBE01255724 (Ader 5) |
| 45 | | | | | Email chain – top Joann Redden to Mark Adder, Aug. 25, 2009 - CCISTBE00057660-00057666 (Ader 2) |
| 46 | | | | | Excerpt of screen shots from Cox internal computer system - CCISTBE04002245 (Irish-Consier 6) |
| 47 | | | | | CableCard Net Adds - CCISTBE02921121-02921130 (Ader 6) |
| 48 | | | | | CableCARD and Separable Security Set-top Box - NCTACX058464 (Goldberg 1) |
| 49 | | | | | First Amended Responses of Defendant Cox Communications, Inc. to Plaintiffs' Fist Set of Interrogatories – (Kirk 9) |
| 50 | | | | | Open Cable Host RFP - CCISTBE00604797-00604829 |
| 51 | | | | | Email chain: top Paul Glist to Neal Goldberg, July 27, 2007 - NCTACX053536-053540 (Goldberg 12) |
| 52 | | | | | Email chain: top Craig Smithpeters to Mike Smith, et al., April 23, 2008 - CCISTBE00751573-00751578 |

| # | | | | | Description |
|---|---|---|---|---|---|
| 53 | | | | | Email chain: top Steve Necessary to James Kelso, et al., Aug. 21, 2008 - CCISTBE00622195-00622197 (Ader 4) |
| 54 | | | | | Tru2Way Stalls at Retail, Multichannel News, Aug. 2, 2010 - (Markwalter 20) |
| 55 | | | | | Customer Verbatims from July 2007 OCAP TV Concept Test - (Panasonic 8) |
| 56 | | | | | Email chain: top Steve Roulier to Stephen Marano, April 2, 2009 - (Panasonic 7) |
| 57 | | | | | Panasonic tru2way Presentation, May 29, 2009 - (Panasonic 6) |
| 58 | | | | | Panasonic tru2way Presentation, Feb. 21, 2010 - (Panasonic 9) |
| 59 | | | | | Funai and OCAP STB Business Strategies, January, 2007 - FN00369-00389 (Funai 4) |
| 60 | | | | | Email chain: top Sakuma to Steve Necessary, et al., March 17, 2009 - FN00564-00565 (Funai 2) |
| 61 | | | | | Memo from Funai Electric Co., Ltd. To CableLabs OpenCable tru2way Project, Aug. 21, 2009 - (Funai 7) |
| 62 | | | | | Email chain: top Steve Necessary to Sakuma, June 25, 2010 - FN00542-00544 (Funai 6) |
| 63 | | | | | Email chain: top Bob Nocera to Cheryl Kitchens, Aug. 12, 2010 - CCISTBOKC_00245461-00245463 (Andrews 16) |
| 64 | | | | | OpenCable Update & Overview, Nov. 21, 2005 - CCISTBE02152393-02152420 |
| 65 | | | | | CPE Sale Initiative Presentation, July 24, 2006 - CCISTBE00279768-00279787 (Ader 30) |
| 66 | | | | | Tru2Way Friend or Foe Presentation - CCISTBE01264455-01264460 (Ader 39) |
| 67 | | | | | Video CPE: Cash Generator? - CCISTBE03167917-CCISTBE03167923 (Mencher 3) |
| 68 | | | | | Email chain: top Bill Bernasconi to Guy McCormick, et al., May 22, 2008 - CCISTBE01273247-01273252 (Civiletto 2) |
| 69 | | | | | Email chain: top Dave Hanlan to Megan Dover, et al., attaching tru2way Financials_v2.xls, Nov. 12, 2008 - CCISTBE00842443-00842446 (Clement 2) |
| 70 | | | | | HD Receiver Financials spreadsheet - CCISTBE00052013- |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | 00052030 (Ader 32) |
| 71 |  |  |  |  | Email chain: top Dave Hanlan to Steve Necessary, et al., Nov. 13, 2008 - CCISTBE04183290-04183291 |
| 72 |  |  |  |  | Email chain: top Mark Ader to Mark Ader, et al., Dec. 20, 2008 - CCISTBE02206393-02206396 (Mencher 16) |
| 73 |  |  |  |  | Email from Sam Divine with Financial Management Status Report, Aug. 7, 2009 - CCISTBE01585866-01585868 (Ader 31) |
| 74 |  |  |  |  | Competitor Video Pricing as of July 2009 - (Andrews 27) |
| 75 |  |  |  |  | Market Share and Pen – (Andrews 23) |
| 76 |  |  |  |  | Employee Guide to Competition Spring 2011 - CCISTBOKC00067140-00067141 |
| 77 |  |  |  |  | Senior Team Offsite Pre-meeting Reading Materials Presentation, Feb. 6-8, 2006 - CCISTBE00374356-00374435 (Clement 8) |
| 78 |  |  |  |  | Netflix Not Getting Big Boost from Cord Cutting, forbes.com, April 29, 2011 – (Burtis 11) |
| 79 |  |  |  |  | Email from Steve Westerman with Internal Release, June 29, 2007 - CCISTBOKC_00174441-00174442 (Andrews 21) |
| 80 |  |  |  |  | Competitive Update Cox Oklahoma Managers Meeting Presentation, March 4, 2009 - CCISTBOKC_00180884-00180902 (Andrews 22) |
| 81 |  |  |  |  | GAO: Video Marketplace: Competition is Evolving and Government Reporting Should be Reevaluated – Class Cert. Hearing Ex. 113 |
| 82 |  |  |  |  | Cox Petition for Determination of Effective Competition, Sept. 7, 2007 - CCISTBOKC-FA 000392-00406 |
| 83 |  |  |  |  | Cox Petition for Determination of Effective Competition, Dec. 20, 2010 - CCISTBOKC-FA 000563-000593 |
| 84 |  |  |  |  | Competitive Strategy Managing and Minimizing Competitive Losses, GM Meeting Jan. 15, 2009 - CCISTBE02997916-02997931 |
| 85 |  |  |  |  | Long Term Pricing Strategy Presentation - CCISTBOKC_00346273-00346282 |
| 86 |  |  |  |  | Field Long Range Pricing Strategy Presentation - CCISTBE01194077-01194080 |

| | | | | | |
|---|---|---|---|---|---|
| 87 | | | | | Cox Video Value Proposition Summary and Final Recommendations - CCISTBOKC_00459055-00459113 |
| 88 | | | | | Oklahoma City Schedule of Fees and Charges, March 1, 2011 - CCISTBOKC00157899-00157902 (Andrews 19) |
| 89 | | | | | HD Receiver Financials Spreadsheet - CCISTBE00839226-00839245 |
| 90 | | | | | HD Receiver Financials Spreadsheet - CCISTB207041-0207061 |
| 91 | | | | | HD Receiver Financials Spreadsheet - CCISTB206995-207019 |
| 92 | | | | | HD Receiver Financials Spreadsheet - CCISTB206986-206994 |
| 93 | | | | | Screen shots from Cox internal system re STBs - CCISTBE02921177-02921185 (Mencher 18) |
| 94 | | | | | Receiver Unit Cost Guidelines for 08 budget v7 spreadsheet - CCISTB205562-205588 (Sauzek 33) |
| 95 | | | | | Receiver Unit Cost Guidelines for 2009 Budget spreadsheet - (Sauzek 39) |
| 96 | | | | | Receiver Unit Cost Guidelines for 2009 Budget Summary spreadsheet - (Sauzek 38) |
| 97 | | | | | Screen shots from Cox system re STB costs - CCISTBE02444098-02444104 (Sauzek 34) |
| 98 | | | | | New Capital Equipment Cost spreadsheet - (Sauzek 35) |
| 99 | | | | | New Capital Equipment Cost spreadsheet - (Sauzek 37) |
| 100 | | | | | STB Obsolescence Presentation - CCISTBE00257518-00257539 (Kelso 3) |
| 101 | | | | | Set-top age (years) tables - CCISTBE01684424-01684427 (Mencher 26) |
| 102 | | | | | Email chain: top Sandy Mencher to Sam Divine, July 7, 2009 - CCISTBE03214128-03214131 |
| 103 | | | | | Email chain: top Percy Kirk to James Kelso, Sept. 29, 2010 - CCISTBOKC00161451 (Burtis 14) |
| 104 | | | | | DVR Price Restructuring Memo, Nov. 16, 2004 - CCISTBE01707505-01707506 |
| 105 | | | | | Converter Pricing Strategy Presentation, Aug. 17, 2006 - CCISTBE03726972-03726993 |

| | | | | | |
|---|---|---|---|---|---|
| 106 | | | | | Equipment Pricing Summary Presentation, July 15, 2010 - CCISTBE00027306-00027315 |
| 107 | | | | | Excerpt from Cox website – Class Cert. Hearing Ex. 58 |
| 108 | | | | | Table re comparison of DVR Total Fee / DVR Rental Fee / DVR Service Fee (summary exhibit) - Class Cert. Hearing Ex. 55 |
| 109 | | | | | Expert Report of Justine S. Hastings |
| 110 | | | | | Supplemental Expert Report of Professor Justine S. Hastings |
| 111 | | | | | Declaration of Professor Justine S. Hastings, Ph.D., filed Oct. 9, 2013 |
| 112 | | | | | Expert Report of Lawrence J. Harte |
| 113 | | | | | Expert Report of Michelle Burtis |
| 114 | | | | | Supplemental Expert Report of Michelle Burtis |
| 115 | | | | | Expert Report of Alexander Holmes |
| 116 | | | | | Expert Report of Gerry Wall, Ph.D. |
| 117 | | | | | Chapter 6 of American Bar Association, *Antitrust Law Developments*, 6th ed. |
| 118 | | | | | Netflix advertisement - HARTE000004 |
| 119 | | | | | Richard Lawler, *Netflix, EPIX deal is official; Paramount, MGM and Lionsgate movies start streaming*, N.Y. Times, Aug. 10, 2010, http://mediadecoder.blogs.nytimes.com/2010/08/10/netflix-to-stream-films-from-paramount-lionsgate-mgm/?_php=true&_type=blogs&_r=0 - HARTE000005-HARTE000008 |
| 120 | | | | | Greg Sandoval, *Netflix signs new Disney-ABC deal, shows up doubters*, CNET News, Dec. 8, 2010, http://www.cnet.com/news/netflix-signs-new-disney-abc-deal-shows-up-doubters/ - HARTE000009-HARTE000013 |
| 121 | | | | | Jeffrey Nukom, *U-verse customers get streaming HBO and Cinemax,* HD-Report, Nov. 29, 2010, http://www.cnet.com/news/netflix-signs-new-disney-abc-deal-shows-up-doubters/ -- HARTE000014-HARTE000028 |
| 122 | | | | | Letter from Consumer Electronics Association to Federal Communications Commission Chairman Kevin J. Martin, Re: CS Docket No. 97-80/Proposal for Bi-Directional Digital Cable Compatibility and Related Issues (Nov. 7, 2006) - |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | HARTE000029-HARTE000032 |
| 123 | | | | | OpenCable Host Device 2.0 Core Functional Requirements - HARTE000033-HARTE000172 |
| 124 | | | | | Date-Over-Cable Service Interface Specifications DOCSIS 2.0 + IPv6 Cable Modem Specification -- HARTE000173-HARTE000196 |
| 125 | | | | | Date-Over-Cable Service Interface Specifications DOCSIS 2.0 Operations Support System Interface Specification - HARTE000197-HARTE000604 |
| 126 | | | | | Date-Over-Cable Service Interface Specifications DOCSIS 1.1 Operations Support System Interface Specification - HARTE000605-HARTE000846 |
| 127 | | | | | OpenCable Specifications CableCARD Interface 2.0 Specification - HARTE000847-HARTE001175 |
| 128 | | | | | OpenCable Interface Specifications CableCARD Interface Specification - HARTE001176-HARTE001246 |
| 129 | | | | | Cox Communications, Inc. Form 10-K (2003) - HARTE001247-HARTE1403 |
| 130 | | | | | Cox Communications, Inc. Form 10-K (2004) - HARTE001404-HARTE001532 |
| 131 | | | | | Cox Communications, Inc. Form 10-K (2005) - HARTE001533-HARTE001653 |
| 132 | | | | | Federal Communications Commission, 47 CFR Part 76, Proposed rule, Commercial Availability of Bidirectional Navigation Devices (Jul. 25, 2007) - HARTE001654-HARTE001661 |
| 133 | | | | | TiVo Premiere advertisement - HARTE001662-HARTE001663 |
| 134 | | | | | Brian Stelter, Netflix to Stream Films From Paramount, Lions Gate, MGM, N.Y. Times, Aug. 8, 2010, http://mediadecoder.blogs.nytimes.com/2010/08/10/netflix-to-stream-films-from-paramount-lionsgate-mgm/ - HARTE001664-HARTE001677 |
| 135 | | | | | Digital Terminals, http://www.rogers.com/web/Rogers.portal?_nfpb=true&_pageLabel=cable_hardware_page - HARTE001678 |
| 136 | | | | | V HD Box, http://shop.virginmedia.com/digital-tv/set-top-boxes/v-hd-box.html - HARTE001679-HARTE001696 |
| 137 | | | | | Set Top Box (STB) Company Directory, http://www.iptvmagazine.com/iptvmagazine_directory_stb.ht |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | ml - HARTE001683-HARTE001696 |
| 138 | | | | | CableLabs Member Companies, http://www.cablelabs.com/about/companies/ - HARTE1687 |
| 139 | | | | | Digital Home, Used Set-Top Boxes, http://www.digitalhome.ca/2011/05/buying-a-used-cable-set-top-box-in-canada/ |
| 140 | | | | | Cox Contour introduction, http://forums.cox.com/forum_home/tv_forum/f/4/t/2146.aspx |
| 141 | | | | | NETGEAR N600 WiFi DOCSIS 3.0 Cable Modem Router (C3700), http://www.amazon.com/NETGEAR-DOCSIS-Cable-Modem-Router/dp/B00IF0JAYE/ref=sr_1_6?ie=UTF8&qid=1405098210&sr=8-6&keywords=cable+modem |
| 142 | | | | | NETGEAR router Cable Internet Connection Configuration, http://kb.netgear.com/app/answers/detail/a_id/20302/~/configuring-your-netgear-router-for-cable-internet-connection |
| 143 | | | | | TiVo Press Release, http://pr.tivo.com/press-releases/tivo-unveils-full-family-of-set-top-boxes-for-comp-nasdaq-tivo-0766759 |
| 144 | | | | | TiVo Press Release, http://pr.tivo.com/press-releases/tivo-and-comcast-team-up-to-offer-the-first-retail-nasdaq-tivo-0753154 |
| 145 | | | | | Best Buy Digital Cable Information, http://www.bestbuy.com/site/electronics-promotions/digital-cable-ready-faq/pcmcat49400050010.c?id=pcmcat49400050010 |
| 146 | | | | | Blackbox500C DVB C Set Top Box, http://www.alibaba.com/product-detail/Blackbox500C-DVB-C-Set-Top-Box_911925059.html?s=p |
| 147 | | | | | Cox Communications Oklahoma City Pricing, www.cox.com/business/oklahomacity/tv/pricing-and-plans.cox |
| 148 | | | | | Cox Communications, Oklahoma City Equipment Options, www.cox.com/business/oklahomacity/support/tv/articles.cox?catId=p2_tv_equipment&catName=Equipment |
| 149 | | | | | Cox Communications Oklahoma City STB Equipment List, http://www.cox.com/business/oklahomacity/support/tv/article.cox?articleId=714cc3e0-4bf2-11e0-418a-000000000000 |
| 150 | | | | | Cox Communications TV Everywhere Packages, http://www.cox.com/residential/tv.cox?campcode=xl_res_contour_021714 |

| | | | | | |
|---|---|---|---|---|---|
| 151 | | | | | Mobile Phone purchase option, http://www.t-mobile.com/cell-phones/samsung-galaxy-note-3.html |
| 152 | | | | | ARRIS/Motorola SB6121 SURFboard DOCSIS 3.0 Cable Modem, http://www.amazon.com/ARRIS-Motorola-SB6121-SURFboard-DOCSIS/dp/B004XC6GJ0/ref=sr_1_1?ie=UTF8&qid=1405098099&sr=8-1&keywords=cable+modem |
| 153 | | | | | TIA membership requirements, http://www.tiaonline.org/about/faq |
| 154 | | | | | STB Manufacturer List, IPTV Magazine, www.IPTVDirectory.com |
| 155 | | | | | Press Release, MGM Studios Authorizes Distribution to Netflix, http://www.engadget.com/2010/08/10/netflix-epix-deal-is-official-paramount-mgm-and-lionsgate-mov/ |
| 156 | | | | | Press Release, Universal Studios Authorizes Distribution to Netflix, PRNews Wire, http://www.prnewswire.com/news-releases/universal-studios-home-entertainment-and-entflix-announce-new-distribution-deals-for-dvds-blue-ray-and-streaming-content-90333639.html |
| 157 | | | | | Industry Definitions and Acronyms (Harte 1) |
| 158 | | | | | Cable Television Industry Background (Harte 2) |
| 159 | | | | | TiVo STB Feature Comparison (Harte 3) |
| 160 | | | | | STB Equipment Manufacturers (Harte 4) |
| 161 | | | | | Major Content Owners who Authorize Distribution on Internet TV/OTT Systems (Harte 5) |
| 162 | | | | | Cable TV Direct Consumer STB Sales (Harte 6) |
| 163 | | | | | CableLabs Membership Requirements, http://www.cablelabs.com/become-a-member/ (Harte 7) |
| 164 | | | | | Lawrence Harte Resume (Harte 8) |
| 165 | | | | | Hastings Report, Figure 1 (summary exhibit) |
| 166 | | | | | Hastings Report, Table 1 (summary exhibit) |
| 167 | | | | | Backup to Table 1 (composite exhibit) - Class Cert. Hearing Ex. 106 |
| 168 | | | | | Hastings Report, Table 2 (summary exhibit) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 169 |  |  |  |  | Hastings Report, Figure 10 (summary exhibit) |
| 170 |  |  |  |  | Hastings Report, Figure 11 (summary exhibit) |
| 171 |  |  |  |  | Hastings Report, Table 3 (summary exhibit) |
| 172 |  |  |  |  | Hastings Report, Table 4 (summary exhibit) |
| 173 |  |  |  |  | Hastings Supplemental Report, Table 5 (summary exhibit) |
| 174 |  |  |  |  | Backup to Table 5 (composite exhibit) – Class Cert. Hearing Ex. 117 |
| 175 |  |  |  |  | Hastings Supplemental Report, Table 6 (summary exhibit) |
| 176 |  |  |  |  | Hastings Supplemental Report, Table 7 (summary exhibit) |
| 177 |  |  |  |  | Hastings Supplemental Report, Table 8 (summary exhibit) |
| 178 |  |  |  |  | Hastings Supplemental Report, Table 9 (summary exhibit) |
| 179 |  |  |  |  | Backup to Tables 6-9 (composite exhibit) – Class Cert. Hearing Ex. 118 |
| 180 |  |  |  |  | Hastings Supplemental Report, Table 10 (summary exhibit) |
| 181 |  |  |  |  | Backup to Table 10 (composite exhibit) – Class Cert. Hearing Ex. 119 |
| 182 - 200 |  |  |  |  | Reserved for further summary and demonstrative exhibits |

DATED: July 16, 2014				Respectfully submitted,

   /s/ Michael J. Blaschke
Michael J. Blaschke, OBA No. 868
MICHAEL J. BLASCHKE, P.C.
3037 N.W. 63rd Street, Suite 205
Oklahoma City, Oklahoma 73116
(405) 562-7771 (Telephone)
(405) 285-9350 (Facsimile)

Rachel Lawrence Mor, OBA No. 11400
RACHEL LAWRENCE MOR, P.C.
3037 N.W. 63rd Street, Suite 205
Oklahoma City, Oklahoma 73116
(405) 562-7771 (Telephone)
(405) 285-9350 (Facsimile)

S. Randall Sullivan, OBA No. 11179
RANDALL SULLIVAN, P.C.
3037 N.W. 63rd Street, Suite 205
Oklahoma City, Oklahoma 73116
(405) 236-2264 (Telephone)
(405) 236-2193 (Facsimile)

A. Daniel Woska, OBA No. 9900
A. DANIEL WOSKA & ASSOCIATES, P.C.
200 Broadway Extension, #262
Edmond, OK 73083
(405) 348-4523 (Telephone)
(405) 348-4523 (Facsimile)

Allan Kanner
Cynthia St. Amant
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, Louisiana 70130
(504) 524-5777 (Telephone)
(504) 524-5763 (Facsimile)

Todd M. Schneider
Jason Kim
SCHNEIDER WALLACE COTTRELL
BRAYTON & KONECKY, LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
(415) 421-7100 (Telephone)
(415) 421-7105 (Facsimile)

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
BRAYTON & KONECKY, LLP
8501 North Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
(480) 428-0141 (Telephone)
(866) 505-8036 (Facsimile)

Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor
New York, New York 10036
(212) 447-7070 (Telephone)
(212) 447-7077 (Facsimile)

W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, Alabama 35203
(205) 488-1200 (Telephone)
(800) 922-4851 (Facsimile)

Henry C. Quillen
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, New Hampshire 03801
(603) 294-1591 (Telephone)
(800) 922-4851 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2014, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all ECF registrants.

                        /s/ Michael J. Blaschke