# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| COX ENTERPRISES, INC., | ) | 12-ML-02048-C |
| SET-TOP CABLE TELEVISION | ) | |
| BOX ANTITRUST LITIGATION | ) | |
| | ) | |

### PLAINTIFF'S AND DEFENDANT'S JOINT AGREED RESPONSE TO COURT'S JULY 29, 2014 ORDER

On July 29, 2014, the Court ordered the parties to brief the question of lifting the stay in Feldman v. Cox Communications, Inc. and/or Alwert v. Cox Communications, Inc., and/or proceeding to trial with the class members not subject to arbitration in Healy v. Cox Communications, Inc., while Cox's appeal of the Court's denial of its motion to compel arbitration in the Healy case proceeds at the Tenth Circuit.

Counsel for both sides have conferred and agreed that the appropriate course of action in these circumstances would be for the Court not to proceed with a trial in Healy until after the Tenth Circuit resolves the pending appeal, and instead to lift the stays in the Feldman and Alwert cases in the interim. The parties further agree, if it is acceptable to the Court, that Cox shall respond to the Feldman and Alwert complaints within 45 days after the Court enters an order lifting the stays.

Accordingly, the parties jointly respectfully request that the Court order that (1) there will not be a trial in the Healy matter until after the Tenth Circuit resolves the pending appeal, and (2) the stays in Feldman and Alwert are lifted. A proposed form of order is attached for the Court's convenience.

DATED: August 7, 2014                    Respectfully submitted,

| | |
|---|---|
| /s/ Michael J. Blaschke<br>Michael J. Blaschke, OBA No. 868<br>MICHAEL J. BLASCHKE, P.C.<br>3037 N.W. 63rd Street, Suite 205<br>Oklahoma City, Oklahoma 73116<br>(405) 562-7771 (Telephone)<br>(405) 285-9350 (Facsimile)<br><br>Rachel Lawrence Mor, OBA No. 11400<br>RACHEL LAWRENCE MOR, P.C.<br>3037 N.W. 63rd Street, Suite 205<br>Oklahoma City, Oklahoma 73116<br>(405) 562-7771 (Telephone)<br>(405) 285-9350 (Facsimile)<br><br>S. Randall Sullivan, OBA No. 11179<br>RANDALL SULLIVAN, P.C.<br>3037 N.W. 63rd Street, Suite 205<br>Oklahoma City, Oklahoma 73116<br>(405) 236-2264 (Telephone)<br>(405) 236-2193 (Facsimile)<br><br>A. Daniel Woska, OBA No. 9900<br>A. DANIEL WOSKA & ASSOCIATES, P.C.<br>200 Broadway Extension, #262<br>Edmond, OK 73083<br>(405) 348-4523 (Telephone)<br>(405) 348-4523 (Facsimile)<br><br>Allan Kanner<br>Cynthia St. Amant<br>KANNER & WHITELEY, LLC<br>701 Camp Street<br>New Orleans, Louisiana 70130<br>(504) 524-5777 (Telephone)<br>(504) 524-5763 (Facsimile)<br><br>Todd M. Schneider<br>Jason Kim<br>SCHNEIDER WALLACE COTTRELL | /s/ Margaret M. Zwisler<br>Margaret M. Zwisler (pro hac vice)<br>Jennifer L. Giordano (pro hac vice)<br>Allyson M. Maltas (pro hac vice)<br>Andrew J. Robinson (pro hac vice)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-1092<br>Facsimile: (202) 637-2201<br>margaret.zwisler@lw.com<br>jennifer.giordano@lw.com<br>allyson.maltas@lw.com<br>andrew.robinson@lw.com<br><br>Alfred C. Pfeiffer, Jr. (pro hac vice)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>alfred.pfeiffer@lw.com<br><br><br>Bruce D. Sokler (pro hac vice)<br>Robert G. Kidwell (pro hac vice)<br>Matthew A.R. Cohen (pro hac vice)<br>Helen G. Guyton (pro hac vice)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY   AND POPEO, P.C.<br>701 Pennsylvania Ave., NW, Suite 900<br>Washington, DC 20004<br>Telephone: (202) 434-7303<br>Facsimile: (202) 434-7400<br>bdsokler@mintz.com<br>rgkidwell@mintz.com<br>hguton@mintz.com<br>mchoen@mintz.com<br><br>D. Kent Meyers, OBA #6168<br>Molly H. Tolbert, OBA #17353 |

| | |
|---|---|
| BRAYTON & KONECKY, LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, California 94104<br>(415) 421-7100 (Telephone)<br>(415) 421-7105 (Facsimile)<br><br>Garrett W. Wotkyns<br>SCHNEIDER WALLACE COTTRELL<br>BRAYTON & KONECKY, LLP<br>8501 North Scottsdale Road, Suite 270<br>Scottsdale, Arizona 85253<br>(480) 428-0141 (Telephone)<br>(866) 505-8036 (Facsimile)<br><br>Joe R. Whatley, Jr.<br>WHATLEY KALLAS, LLP<br>1180 Avenue of the Americas, 20th Floor<br>New York, New York 10036<br>(212) 447-7070 (Telephone)<br>(212) 447-7077 (Facsimile)<br><br>W. Tucker Brown<br>WHATLEY KALLAS, LLP<br>2001 Park Place North<br>1000 Park Place Tower<br>Birmingham, Alabama 35203<br>(205) 488-1200 (Telephone)<br>(800) 922-4851 (Facsimile)<br><br>Henry C. Quillen<br>WHATLEY KALLAS, LLP<br>159 Middle Street, Suite 2C<br>Portsmouth, New Hampshire 03801<br>(603) 294-1591 (Telephone)<br>(800) 922-4851 (Facsimile)<br><br>*Counsel for Plaintiff* | CROWE & DUNLEVY, P.C.<br>20 N. Broadway Ave., Suite 1800<br>Oklahoma City, OK 73102<br>Telephone: (405) 235-7729<br>Facsimile: (405) 272-5245<br>kent.meyers@crowedunlevy.com<br>molly.tolbert@crowedunlevy.com<br><br>*Counsel for Defendant Cox Communications, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2014, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all ECF registrants.

/s/ Margaret M. Zwisler
Margaret M. Zwisler