IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| COX ENTERPRISES, INC. SET-TOP | )   Case No. 12-ML-2048-C |
| CABLE TELEVISION BOX | ) |
| ANTITRUST LITIGATION | ) |

**O R D E R**

In accord with the parties stipulated Response (Dkt No. 221), to the Court's July 29, 2014 Order (Dkt. No. 217), ¶ 9 of the Court's January 20, 2013, Order (Dkt. No. 10) is amended to lift the stay imposed in the Feldman v. Cox Communications, Inc., and Alwert v. Cox Communications, Inc. Defendant shall file an Answer or other responsive pleading to the Complaints in those cases within 45 days of the date of this Order. Additionally, the parties are directed to develop a proposed scheduling order for those cases, and submit their agreed or proposed schedule within 30 days of the date Defendant's Answer is filed. All proceedings in Healy v. Cox Communications, Inc., will remain stayed pending resolution of the appeal of this Court's Order denying arbitration.

IT IS SO ORDERED this 11th day of August, 2014.

_____
ROBIN J. CAUTHRON
United States District Judge